UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE RESULTS COMPANIES, LLC,<br><br>Defendant. | CIVIL ACTION NO. 7:24-cv-00128 |

## PLAINTIFF EEOC'S UNOPPOSED MOTION TO WITHDRAW COUNSEL

Plaintiff Equal Employment Opportunity Commission ("EEOC") files this motion pursuant to Local Rule 83.12 to withdraw Meaghan Kuelbs as counsel of record for the EEOC. Ms. Kuelbs's employment with the EEOC ends April 11, 2025. Alexa Lang and Philip Moss will remain counsel of record. The Motion is not brought for delay, and good cause exists for the request. No party will be prejudiced by the requested withdrawal of counsel.

Respectfully submitted,

/s/ Meaghan L. Kuelbs
MEAGHAN L. KUELBS
Assistant Regional Attorney
Texas Bar No. 24105277

/s/ Alexa Lang
ALEXA R. LANG
Trial Attorney
Texas Bar No. 24105356

PHILIP MOSS
Trial Attorney
Texas State Bar No. 24074764
Email: philip.moss@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dallas District Office
207 Houston, 3rd Floor

MOTION TO WITHDRAW COUNSEL                                                              1

Dallas, Texas 75202
(TEL) (972) 918-3648
(FAX) (214) 253-2749

**CERTIFICATE OF CONFERENCE**

The undersigned counsel certifies that she contacted Defendant's counsel of record Paul Hash, who indicated Defendant is unopposed.

/s/ Meaghan Kuelbs
MEAGHAN KUELBS