IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE RESULTS COMPANIES, LLC,  )<br>)<br>Defendant.  ) | CIVIL ACTION NO.<br>7:24-cv-00128-O |

### JOINT MOTION TO ENTER CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission and Defendant The Results Companies LLC., (collectively, "Parties") hereby file this Joint Motion to Enter Consent Decree. In support of this Motion, they respectfully show the Court as follows:

The Parties have resolved all matters regarding the EEOC's Complaint in this litigation, as evidenced by their signatures on the Consent Decree accompanying this Motion (Exhibit "A"). Accordingly, the Parties respectfully request that this Court enter the Consent Decree attached to this Motion and retain jurisdiction of this matter to enforce the terms and condition of the attached Consent Decree.

Respectfully submitted,

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

/s/ Alexa Lang
ALEXA R. LANG
Trial Attorney
Texas State Bar No. 24105356
E-mail: alexa.lang@eeoc.gov

PHILIP MOSS
Trial Attorney
Texas State Bar No. 24074764

1

Email: philip.moss@eeoc.gov
207 S. Houston St., 3rd Floor
Dallas District Office
Dallas, Texas 75201
Telephone: 972-918-3648

**THE RESULTS COMPANIES LLC**

/s/ Paul Hash
Paul E. Hash
Texas Bar No. 09198020
Paul.Hash@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
PH: (214) 520-2400